**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEANITA L. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-01253-MTS |
| | ) | |
| MERCY HOSPITAL SOUTH, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on review of the file. Pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within ninety days after the complaint is filed, the Court "must dismiss the action without prejudice against that defendant" or "order that service be made within a specified time." Fed. R. Civ. P. 4(m). Over ninety days have passed since Plaintiff[*] filed this action, but there is no indication in the record of service having been completed, *see id.* at 4(*l*)(1), nor an indication that Defendant agreed to waive service, *see id.* at 4(d)(4).

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **<u>Tuesday, December 02, 2025</u>**, Plaintiff must serve Defendant and file proof of service or file Defendant's signed waiver

---

[*] Plaintiff is responsible for having the summons and complaint served on Defendant. *See* Fed. R. Civ. P. 4(c). It makes no difference that Plaintiff here is *pro se. See DiCesare v. Stuart*, 12 F.3d 973, 980 (10th Cir. 1993) ("A pro se litigant is still obligated to follow the requirements of Fed. R. Civ. P. 4."); *Davis v. D.C. Dep't of Corr.*, 1:25-cv-1895-JMC, 2025 WL 1743940, at *2 n.1 (D.D.C. June 24, 2025) (noting same).

of service.  Failure to do so will result in the dismissal of this action without prejudice pursuant to Rule 4(m).

Dated this 20th day of November 2025.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE